IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER ALLAM<br>6451 Woodgreen Circle<br>Baltimore, MD 21207 | :<br>:<br>: |
|   Plaintiff | : |
| vs. | :   Civil No: |
| BRIDGET KAREN TOUHEY<br>27 W. Buckingham Drive<br>Rehobeth Beach, DE 19971 | :<br>:<br>: |
|   Defendant | : |

## COMPLAINT

## JURISDICTIONAL STATEMENT

The Plaintiff, Jennifer Allam, respectfully moves the Court for Entry of Judgment against the Defendant, Bridget Karen Touhey, upon the following grounds:

The Plaintiff, Jennifer Allem, is an adult resident and citizen of the State of Maryland. The Defendant, Bridget Karen Touhey, is an adult resident and citizen of the State of Delaware. The subject automobile accident having occurred in the District of Columbia. Plaintiff's claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

## BASIS OF CLAIM
## COUNT I
## (NEGLIGENCE)

1.    That on or about November 12, 2018 at approximately 8:30 pm, the Plaintiff, Jennifer Allam, while exercising due care for her own safety, was operating a motor vehicle in a

westerly direction along New York Avenue, NE at or near Florida Avenue, NE in Washington, DC.

2. That at the same time and place aforementioned, the Defendant, Bridget Karen Touhey, was operating a motor vehicle in a westerly direction along New York Avenue, NE at or near Florida Avenue, NE in Washington, D.C.

3. That at the same time and place aforementioned, it became the duty of said Defendant to operate her motor vehicle in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around and/or ahead of her, to pay full time and attention; to control her vehicle to avoid striking the vehicle ahead of her; and to observe all the traffic laws, rules and regulations of the District of Columbia.

4. That notwithstanding the aforementioned duties, said Defendant, Bridget Karen Touhey, failed in the performance thereof, and, without warning, negligently and recklessly caused her motor vehicle to forcefully and violently strike the Plaintiff's motor vehicle in the rear.

5. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff, Jennifer Allam, sustained severe personal injuries to her neck, back, head, shoulders, extremities and shock to her central nervous system.

6. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff has incurred, and will continue to incur, substantial expenses for medical care and attention.

**WHEREFORE,** the Plaintiff, Jennifer Allam, claims of the Defendant, Bridget Karen Touhey, damages in the amount of Eighty Thousand Dollars ($80,000.00) plus interest and costs of suit herein.

/s/Marvin Liss
**MARVIN LISS #433592**
5225 Wisconsin Avenue, N.W.
Suite 504
Washington, D.C. 20015
Phone (202) 237-6300
marvin@mlisslaw.com
Attorney for Plaintiff